# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133148

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

TONY J. VanBOGELEN,
      Plaintiff-Appellee,

v

TROY TECH SERVICES, INC., and AMERICAN
COMPENSATION INSURANCE COMPANY,
      Defendants-Appellants.

SC: 133148
COA: 273609
WCAC: 05-000059

_____/

     On order of the Court, the application for leave to appeal the December 29, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

_____
Clerk

t0416